ORIGINAL FILED

07 JUL 20 AM 11: 27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail:    klo-jmk@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVINDER SINGH,

    Plaintiff,

vs.

ROSEMARY MELVILLE,
District Director, United States Citizenship
and Immigration Services,

    Defendant

_____/

Case No. 07 3746 CW

COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTION

Plaintiff alleges:

1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 - 706.

2. Defendant is the District Director of the San Francisco District Office of the United States Citizenship and Immigration Services, (USCIS), an agency of the United States as defined by 5 U.S.C. §701(b)(1), the immigration officer charged with the duty to adjudicate applications for benefits under the Immigration and Nationality Act, including applications for adjustment of status pursuant to 8 U.S.C. §1159(b).

3. Plaintiff is a citizen of India who was granted asylum in the United States on April 18, 2000. *See*, attached Exhibit A.

4. 8 U.S.C. §1159(b) vests defendant with discretion to adjust the status of an asylee to an

1

alien lawfully admitted for permanent residence.

5. In June 21, 2001 plaintiff applied for adjustment of status pursuant to 8 U.S.C. §1159(b) by filing an application in the manner prescribed in 8 C.F.R. §209.2 with the director of the USCIS Nebraska Service Center. On November 14, 2005 plaintiff's application was transferred to the USCIS District Office in San Francisco, California, the USCIS office that exercised jurisdiction over plaintiff's case. *See*, Exhibit B.

6. On January 4, 2007 plaintiff was interviewed at the USCIS office in Sacramento, California, a suboffice of the San Francisco District Office *See*, Exhibit C.

7. It is defendant's legal duty to adjudicate plaintiff's application for adjustment of status and to adjust plaintiff's status to lawful permanent resident if his application is approved, or, if plaintiff's application is denied, forward written notice of the decision to plaintiff that includes the reasons for denial.

8. 5 U.S.C. §555(b) dictates that the USCIS must proceed to conclude action on plaintiff's application within "a reasonable time". Defendant has violated her duty. According to information the USCIS makes available to the public, the USCIS Sacramento Office is now adjudicating adjustment applications filed on or before January 13, 2007. See, Exhibit D. Defendant's failure to adjudicate plaintiff's application, filed in 2001, violates 8 U.S.C. §1159(b), 8 C.F.R. §209.2, and 5 U.S.C. §555(b).

9. Plaintiff's application remains pending.

10. There is no administrative appeal from defendant's decision.

11. There is a real and actual controversy between the parties. Plaintiff has no adequate remedy at law. Plaintiff has suffered and will continue to suffer irreparable injury as result of the acts of the defendant complained herein.

WHEREFORE, plaintiff prays judgment.

1. Declaring that defendant has violated 8 U.S.C. §1159(b), 8 C.F.R. §209.2, and 5 U.S.C. §555(b) in the adjudication of plaintiff's application for adjustment of status.

2. Preliminarily and permanently enjoining defendant, her agents, and delegates to immediately adjudicate plaintiff's application for adjustment of status.

3. Awarding plaintiff his costs and reasonable attorneys fees incurred in this action.

4. Granting such other and further relief as may be appropriate.

Dated: July 20, 2007

JONATHAN M. KAUFMAN
Attorney For Plaintiff

# EXHIBIT A

IMMIGRATION COURT
550 KEARNY ST., SUITE 800
SAN FRANCISCO, CA 94108

In the Matter of

Harvinder Singh
Respondent

Case A77 427 231

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 4-18-2000.
This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[ ] The respondent was ordered removed from the United States to _____.
[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to _____ or in the alternative to _____.
[ ] Respondent's application for voluntary departure was granted until _____ upon posting a bond in the amount of $_____ with an alternative order of removal to _____.
[X] Respondent's application for asylum was [X] granted ( ) denied ( ) withdrawn ( ) other.
[X] Respondent's application for withholding of removal was ( ) granted ( ) denied ( ) withdrawn [X] other. moot
[ ] Respondent's application for cancellation of removal under section 240A(a) was ( ) granted ( ) denied ( ) withdrawn ( ) other.
[ ] Respondent's application for cancellation of removal under section 240A(b) was ( ) granted ( ) denied ( ) withdrawn ( ) other. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA was ( ) granted ( ) denied ( ) withdrawn ( ) other.
[ ] Respondent's application for adjustment of status under section _____ of the INA was ( ) granted ( ) denied ( ) withdrawn ( ) other. If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Respondent's status was rescinded under section 246 of the INA.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $_____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper notice.
[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____

Appeal: A / I / B
Appeal due by: Waived

Date: 4/18/2000

Polly A. Webber
Immigration Judge

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL [ ] PERSONAL SERVICE [X]
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [X] ALIEN'S ATTY/REP [X] INS
DATE: 4/18/2000 BY: COURT STAFF _____
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ]
Other _____
0009f/PAW

# EXHIBIT B

Department of Homeland Security  
U.S. Citizenship and Immigration Services                      **I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485   APPLICATION TO ADJUST TO PERMANENT |
| --- | --- | --- | --- |
| LIN-01-210-51118 | | | RESIDENT STATUS |
| RECEIPT DATE | PRIORITY DATE | APPLICANT | A77 427 231 |
| June 29, 2001 | | SINGH, HARVINDER | |
| NOTICE DATE | PAGE | | |
| November 14, 2005 | 1 of 1 | | |

HARVINDER SINGH  
2687 KALAMAR STREET  
SACRAMENTO CA 95835

Notice Type:  Transfer Notice

This is to notify you that we have transferred the above application or petition to the INS office at:

   444 Washington Street, San Francisco, CA 94111

   Telephone: (214) 581-1423

We transferred this case because the record indicates that office has jurisdiction over the case. That office will notify you of subsequent action taken on this case. Any further inquiries should be made to that office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.  
NEBRASKA SERVICE CENTER  
U. S. IMMIG. & NATZ. SERVICE  
P.O. BOX 82521  
LINCOLN NE 68501-2521  
Customer Service Telephone: 800-375-5283



Form I-797C (Rev. 01/31/05) N

U.S. Department of Justice
Immigration and Naturalization Service

Form I-485, Application to Register Permanent Resident or Adjust Status

START HERE - Please Type or Print

## Part 1. Information About You.

| Family Name | SINGH | Given Name | HARVINDER | Middle Initial | |
|---|---|---|---|---|---|

Address - C/O

| Street Number and Name | 1706 COUNTRYWOOD LANE | Apt. # | |
|---|---|---|---|

| City | TRACY |
|---|---|

| State | CA | Zip Code | 95376 |
|---|---|---|---|

| Date of Birth (month/day/year) | 05-07-65 | Country of Birth | INDIA |
|---|---|---|---|

| Social Security # | 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 | A # (if any) | 77-427-231 |
|---|---|---|---|

| Date of Last Arrival (month/day/year) | 02-12-98 | I-94 # | NONE |
|---|---|---|---|

| Current INS Status | ASYLEE | Expires on (month/day/year) | INDEFINITELY |
|---|---|---|---|

## Part 2. Application Type. (check one)

I am applying for an adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). (Attach a copy of the fiance(e) petition approval notice and the marriage certificate.)

d. ☒ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

Applicant Interviewed

Section of Law
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

Country Chargeable

Eligibility Under Sec. 245
  Approved Visa Petition
  Dependent of Principal Alien
  Special Immigrant
  Other _____

Preference

Action Block

To be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant.
VOLAG #

ATTY State License #

Continued on back

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information.

| Field | Value | Field | Value |
|---|---|---|---|
| City/Town/Village of Birth | INDIA | Current Occupation | DRIVER |
| Your Mother's First Name | GURBACHAN | Your Father's First Name | TARA |
| Your name exactly how it appears on your Arrival/Departure Record (Form I-94) | Harvinder Singh | | ~~SURJIT SINGH~~ |
| Place of Last Entry Into the U.S. (City/State) | BLAIN BORDER | In what status did you last enter? (Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.) | EWI |
| Were you inspected by a U.S. Immigration Officer? | ☐ Yes  ☒ No | | |
| Nonimmigrant Visa Number | N/A | Consulate Where Visa Was Issued | N/A |
| Date Visa Was Issued (month/day/year) | N/A | Sex: ☒ Male ☐ Female | Marital Status: ☒ Married ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

List your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| KAUR | MANJIT | | 04-04-69 |
| Country of Birth: INDIA | Relationship: WIFE | A #: NONE | Applying with You? ☐ Yes ☒ No |
| SINGH | ANMOL | | 08-11-98 |
| Country of Birth: INDIA | Relationship: SON | A #: NONE | Applying with You? ☐ Yes ☒ No |
| | NONE | | |
| Country of Birth: | Relationship: | A #: | Applying with You? ☐ Yes ☐ No |
| | | | |
| Country of Birth: | Relationship: | A #: | Applying with You? ☐ Yes ☐ No |
| | | | |
| Country of Birth: | Relationship: | A #: | Applying with You? ☐ Yes ☐ No |

List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a separate piece of paper.

*Pregnent*
*from November*   SHIROMANI AKALI DAL AMRITSAR

Form I-485 (Rev. 02/07/00)N Page 2

rt 3.  Processing Information. *(Continued)*

ie answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily 1 that you are not entitled to adjust your status or register for permanent residence.)

Have you ever, in or outside the U. S.:

a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☒ Yes ☐ No

b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes ☒ No

c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes ☒ No

d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.?  ☐ Yes ☒ No

Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes ☒ No

Have you ever:

a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes ☒ No

b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes ☒ No

c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes ☒ No

d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes ☒ No

Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity?  ☐ Yes ☒ No

Do you intend to engage in the U.S. in:

a. espionage?  ☐ Yes ☒ No

b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?  ☐ Yes ☒ No

c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes ☒ No

Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes ☒ No

Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes ☒ No

Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion?  ☐ Yes ☒ No

Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes ☒ No

Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit?  ☐ Yes ☒ No

Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes ☒ No

Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not et complied with that requirement or obtained a waiver?  ☐ Yes ☒ No

Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes ☒ No

Do you plan to practice polygamy in the U.S.?  ☐ Yes ☒ No

**art 4.   Signature.**   *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

rtify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the ase of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

:ctive Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the :ctive Service System: I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide ain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS :ansmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my :ctive Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering 1 the Selective Service by other means, provided I have not yet reached age 26.

| :nature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Harvinder Singh* | HARVINDER SINGH | 04-23-01 | 650-444-8376 |

*ise Note:*   *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.*

**art 5.   Signature of Person Preparing Form, If Other Than Above.** *(Sign Below)*

eclare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| :nature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | BSEN | 04-23-01 | 650-685-6334 |

*m Name*   LAW OFFICES OFF ASHWANI K. BHAKHRI
*d Address*   1290 OLD BAYSHORE HWY STE 255, BURLINGAME, CA 94010

Form I-485 (Rev. 02/07/00)N Page 4

# EXHIBIT C

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
650 CAPITOL MALL, ROOM 2-220
SACRAMENTO, CALIFORNIA 95814

**ASHWANI K. BHAKHRI**
**1290 OLD BAYSHORE HWY, STE 255**
**BURLINGAME, CA 94010**

FILE NUMBER: A 77 427 231
DATE: 12/13/2006

RE: *HARVINDER SINGH*

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:    *650 CAPITOL MALL, ROOM 2-220,*
                    *SACRAMENTO, CA 95814*

DATE AND TIME:      *01/04/2007*
                    *1 : 00 PM*

OFFICER:            *DESK 4*

REASON FOR APPOINTMENT:    *APPLICATION FOR ADJUSTMENT OF STATUS*

**THIS INTERVIEW WILL BE VIDEO TAPED.**

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

- ☐ YOU WERE UNLAWFULLY PRESENT FOR 180 OR MORE DAYS IN THE U.S. YOU MUST COMPLETE AND BRING THE ENCLOSED I-601 TO THE INTERVIEW.
- ☐ I-693 MEDICAL WITH THE SUPPLEMENT TO THE I-693. BOTH FORMS COMPLETED BY A FEDERAL DESIGNATED CIVIL SURGEON.
- ☒ YOU MUST BRING CERTIFIED COPIES OF ALL OF YOUR FINAL COURT DISPOSITIONS FOR ANY AND ALL ARRESTS.
- ☐ BRING YOUR SPOUSE: A COPY OF YOUR 2004 INCOME TAX RETURN FOR EACH I-864 APPLICATION, CURRENT W-2'S & (6) CURRENT PAY STATEMENTS.
- ☐ OTHER DOCUMENTS: BANK STATEMENTS, LEASES, INSURANCE, AUTO REG, CHILD(S) BIRTH CERT, DIVORCE DECREES, FAMILY PHOTOS, PHONE RECORDS.
- ☒ PROPER ID, PASSPORT AND ANY IMMIGRATION AND STATE DEPARTMENT DOCUMENTS ISSUED TO YOU, INCLUDING ALL EXPIRED PASSPORTS.
- ☒ FAILURE TO BRING THE REQUESTED DOCUMENTS TO THE INTERVIEW MAY RESULT IN THE DENIAL OF YOUR APPLICATION FOR LACK OF PROSECUTION.

---

BRING CERTIFIED PHOTOCOPIES OF DOCUMENTS YOU DO NOT WISH TO SURRENDER.
IF YOU DO NOT SPEAK ENGLISH, PLEASE BRING AN ADULT DISINTERESTED THIRD PARTY INTERPRETER TO THE INTERVIEW. FAILURE TO DO SO MAY CAUSE YOUR INTERVIEW TO BE RESCHEDULED.
YOU MAY NOT LEAVE THE UNITED STATES WITHOUT ADVANCE PAROLE PERMISSION FROM THE USCIS WHILE YOUR APPLICATION IS PENDING.

ATTORNEY NOTIFIED: *ASHWANI K. BHAKHRI*                                    LAN

# EXHIBIT D




Home   Contact Us   Site Map   FAQ

Search

Advanced Search

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resour   Press Room

Print This Page   Back

# U.S. Citizenship and Immigration Services
# Sacramento CA Processing Dates
# Posted July 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet —

https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=63                              7/20/2007

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **Sacramento CA** Posted July 16, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|---|---|---|
| I-131 | Application for Travel Documents | April 14, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | January 13, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | April 14, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | April 14, 2007 |
| I-765 | Application for Employment Authorization | April 28, 2007 |
| N-400 | Application for Naturalization | December 12, 2006 |
| N-600 | Application for Certification of Citizenship | December 22, 2006 |

 

07-20-2007 01:39 PM EDT

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security