1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:    klo-jmk@pacbell.net

5  Attorney for Plaintiff

6                       UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8                              OAKLAND DIVISION

9

10  HARVINDER  SINGH,                        Case No. C 07-3746 CW

11                                           CERTIFICATE OF SERVICE
              Plaintiff,
12
         vs.
13
    ROSEMARY MELVILLE,
14  District Director, United States Citizenship
    and Immigration Services,
15
              Defendant.
16  _____/

17       I, JONATHAN  M. KAUFMAN, do hereby declare:

18       That on July 20, 2007 copies of the July 20, 2007 order setting initial case management

19  conference, the Court's Standing Orders, the handbook entitled "Dispute Resolution Procedures in

20  the Northern District of California", and all documents specified in Civil Local Rule 4-2 were served

21  on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope,

22  postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue,

23  Box 36055, San Francisco, CA 94102.

24

25

26

27

28                                         1

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on July 25, 2007 at San Francisco, California.

                                                                                             JONATHAN M. KAUFMAN