1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile: (415) 956-1664
4  E-Mail:    jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiff

6              UNITED STATES DISTRICT COURT

7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                  OAKLAND DIVISION

9
   HARVINDER SINGH,                    Case No. 07-3746 CW
10
        Plaintiff,                     FIRST AMENDED COMPLAINT FOR
11                                      DECLARATORY JUDGMENT AN D
        vs.                            INJUNCTION
12
   ROSEMARY MELVILLE,
13 District Director, United States Citizenship
   and Immigration Services,
14
        Defendant
15
   _____/
16

17      Plaintiff alleges:

18      1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C.

19 §§ 701 - 706.

20      2. Defendant is the District Director of the San Francisco District Office of the United States

21 Citizenship and Immigration Services, (USCIS), an agency of the United States as defined by 5

22 U.S.C. §701(b)(1), the immigration officer charged with the duty to adjudicate applications for

23 benefits under the Immigration and Nationality Act, including applications for adjustment of status

24 pursuant to 8 U.S.C. §1159(b) and asylee relative petitions filed in accordance with 8 C.F.R.

25 §208.21(d) to accord derivative asylum under 8 U.S.C. §1158(b)(3)(A). .

26      3. Plaintiff is a citizen of India who was granted asylum in the United States on April 18,

27

28                              1

1   2000. *See*, attached Exhibit A.

2       4. 8 U.S.C. §1159(b) vests defendant with discretion to adjust the status of an asylee to an
3   alien lawfully admitted for permanent residence.

4       5. On June 21, 2001 plaintiff applied for adjustment of status pursuant to 8 U.S.C. §1159(b)
5   by filing an application in the manner prescribed in 8 C.F.R. §209.2 with the director of the USCIS
6   Nebraska Service Center. On November 14, 2005 plaintiff's application was transferred to the
7   USCIS District Office in San Francisco, California, the USCIS office that exercised jurisdiction over
8   plaintiff's case. *See*, Exhibit B.

9       6. On January 4, 2007 plaintiff was interviewed at the USCIS office in Sacramento,
10  California, a suboffice of the San Francisco District Office *See*, Exhibit C.

11      7. It is defendant's legal duty to adjudicate plaintiff's application for adjustment of status
12  and to adjust plaintiff's status to lawful permanent resident if his application is approved, or, if
13  plaintiff's application is denied, forward written notice of the decision to plaintiff that includes the
14  reasons for denial.

15      8. Defendant has violated her duty. According to information the USCIS makes available
16  to the public, the USCIS Sacramento Office is now adjudicating adjustment applications filed on or
17  before January 13, 2007. See, Exhibit D. Defendant's failure to adjudicate plaintiff's application,
18  filed in 2001, violates 8 U.S.C. §1159(b), 8 C.F.R. §209.2, and 5 U.S.C. §555(b).

19      9. 8 U.S.C. §1158(b)(3)(A) vests defendant with discretion to accord derivative asylum to
20  an asylee's wife and children residing abroad who are following to join an asylee to the United
21  States. To accord derivative asylum to a family member, an asylee is required to file an asylee
22  relative petition on a Form I-730 with the USCIS in accordance with the provisions of 8 C.F.R.
23  §208.21(d).

24      10. It is defendant's legal duty to adjudicate a properly filed asylee relative petition in
25  accordance with 8 C.F.R. §103.2.

26      11. On January 29, 2002 plaintiff filed asylee relative petitions on behalf of his wife, Manjit

27

28                                              2

1 | Kaur, and his son, Andanmol Singh. See, Exhibit E.

2 |     12. Plaintiff's petitions were transferred to the USCIS District Office in San Francisco,
3 | California, and on November 22, 2005 plaintiff's petitions were denied. See, Exhibit F.

4 |     13. On or about December 13, 2005 plaintiff forwarded a motion to reopen/reconsider the
5 | denial of his asylee relative petitions to defendant, in the form and manner permitted under 8 C.F.R.
6 | §103.5. See, Exhibit G.

7 |     14. Defendant has failed to adjudicate plaintiff's motion to reopen/reconsider.

8 |     15. Plaintiff's application for adjustment of status and motion to reopen/reconsider remain
9 | pending.

10 |     16. There is no administrative appeal from defendant's decisions.

11 |     17. There is a real and actual controversy between the parties.  Plaintiff has no adequate
12 | remedy at law.  Plaintiff has suffered and will continue to suffer irreparable injury as result of the
13 | acts of the defendant complained herein.

14 | WHEREFORE, plaintiff prays judgment.

15 |     1. Declaring that defendant has violated 8 U.S.C. §1159(b), 8 C.F.R. §209.2, and 5 U.S.C.
16 | §555(b) in the adjudication of plaintiff's application for adjustment of status.

17 |     2. Declaring that defendant has violated 8 U.S.C. §1158(b)(3)(A), 5 U.S.C.  §555(b), and
18 | 8 C.F.R. §§ 103.2, 103.5 and 208.21 in the adjudication of plaintiff's asylee relative petitions.

19 |     3. Preliminarily and permanently enjoining defendant, her agents, and delegates to
20 | immediately adjudicate plaintiff's application for adjustment of status and motion to
21 | reopen/reconsider.

22 |     4. Awarding plaintiff his  costs and reasonable attorneys fees incurred in this action.

23 |     5. Granting such other and further relief as may be appropriate.

24 | Dated: August 22, 2007

25

26 |                     JONATHAN M. KAUFMAN
                    Attorney For Plaintiff

27

28 |                     3

# EXHIBIT A

IMMIGRATION COURT
550 KEARNY ST., SUITE 800
SAN FRANCISCO, CA 94108

In the Matter of

*Harvinder Singh*
           Respondent

Case A77 427 231

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on _4-18-2000_
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ ] The respondent was ordered removed from the United States to _____.
[ ] Respondent's application for voluntary departure was denied and
    respondent was ordered removed to _____ or in the alternative
    to _____.
[ ] Respondent's application for voluntary departure ~~was granted~~
    until _____ upon posting a bond in the amount of $_____
    with an alternative order of removal to_____.
[X] Respondent's application for asylum was (granted) ( ) denied
    ( ) withdrawn ( ) other.
[X] Respondent's application for withholding of removal was ( ) granted
    ( ) denied ( ) withdrawn [X] other. *Moot*
[ ] Respondent's application for cancellation of removal under section
    240A(a) was ( ) granted ( ) denied ( ) withdrawn ( ) other.
[ ] Respondent's application for cancellation of removal under section
    240A(b) was ( ) granted ( ) denied ( ) withdrawn ( ) other. If
    ~~granted, it was ordered that the respondent be issued all appropriate
    documents necessary to give effect to this order.~~
[ ] Respondent's application for a waiver under section _____ of the INA
    was ( ) granted ( ) denied ( ) withdrawn ( ) other.
[ ] Respondent's application for adjustment of status under section _____
    of the INA was ( ) granted ( ) denied ( ) withdrawn ( ) other.
    If granted, it was ordered that respondent be issued all appropriate
    documents necessary to give effect to this order.
[ ] Respondent's status was rescinded under section 246 of the INA.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $_____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after
    proper notice.
[ ] ~~Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.~~
[ ] Proceedings were terminated.
[ ] Other: _____

Appeal: A / I / B
Appeal due by: _(Waived)_

_Polly A. Webber_
Polly A. Webber
Immigration Judge

Date: 4/18/2000

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL [ ]  PERSONAL SERVICE [X]
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [X] ALIEN'S ATTY/REP  [X] INS.
DATE: 4/18/2000  BY: COURT STAFF _N. Oliver_
Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List [ ].
Other _IA = ATT_
0009f/PAW

# EXHIBIT B

NOV 21, 2005 14:58

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485 | APPLICATION TO ADJUST TO PERMANENT |
| LIN-01-210-51118 | | RESIDENT STATUS | | |

| RECEIPT DATE | PRIORITY DATE | APPLICANT | A77 427 231 |
| June 29, 2001 | | SINGH, HARVINDER | |

| NOTICE DATE | PAGE |
| November 14, 2005 | 1 of 1 |

HARVINDER SINGH
2687 KALAMAR STREET
SACRAMENTO CA 95835

**Notice Type:** Transfer Notice

This is to notify you that we have transferred the above application or petition to the INS office at:

444 Washington Street, San Francisco, CA 94111

Telephone: (214) 381-1423

We transferred this case because the record indicates that office has jurisdiction over the case. That office will notify you of subsequent action taken on this case. Any further inquiries should be made to that office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797C (Rev. 01/31/05) N

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053

# Form I-485, Application to Register Permanent Resident or Adjust Status

## START HERE - Please Type or Print

| | FOR INS USE ONLY |
|---|---|

### Part I.    Information About You.

| Family Name | SINGH | Given Name | HARVINDER | Middle Initial |
|---|---|---|---|---|

| Address - C/O | |
|---|---|

| Street Number and Name | 1706 COUNTRYWOOD LANE | Apt. # |
|---|---|---|

| City | TRACY |
|---|---|

| State | CA | Zip Code | 95376 |
|---|---|---|---|

| Date of Birth (month/day/year) | 05-07-65 | Country of Birth | INDIA |
|---|---|---|---|

| Social Security # | 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 | A # (if any) | 77-427-231 |
|---|---|---|---|

| Date of Last Arrival (month/day/year) | 02-12-98 | I-94 # | NONE |
|---|---|---|---|

| Current INS Status | ASYLEE | Expires on (month/day/year) | INDEFINITELY |
|---|---|---|---|

**FOR INS USE ONLY:**

Returned ____

Receipt ____

Resubmitted ____

Reloc Sent ____

Reloc Rec'd ____

Applicant Interviewed ____

Section of Law
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec.2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

Country Chargeable

Eligibility Under Sec. 245
Approved Visa Petition
Dependent of Principal Alien
Special Immigrant
Other

Preference

Action Block

### Part 2.    Application Type. *(check one)*

I am applying for an adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☒ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

To be Completed by
*Attorney or Representative, if any*

☐ Fill in box if G-28 is attached to represent the applicant.
VOL AG # 

ATTY State License #

## art  3. Processing Information.

| | |
|---|---|
| ity/Town/Village of Birth. **INDIA** | Current Occupation   **DRIVER** |
| r Mother's First Name   **GURBACHAN** | Your Father's First Name   **TARA** |

: your name exactly how it appears on your Arrival /Departure Record (Form I-94)   **SURJIT SINGH**

*Harvinder Singh*

| | |
|---|---|
| e of Last Entry Into the U.S. (City/State)   **BLAIN BORDER** | n what status did you last enter? *(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
| e you inspected by a U.S. Immigration Officer?   ☐ Yes   ☒ No | **EWI** |
| immigrant Visa Number   **N/A** | Consulate Where Visa Was Issued   **N/A** |
| : Visa Was Issued   **N/A**   nth/day/year) | Sex: ☒ Male ☐ Female | Marital Status   ☒ Married ☐ Single ☐ Divorced ☐ Widowed |

: you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes If you checked "Yes," give date and place of filing and final disposition.

ist your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| ily e | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| **KAUR** | **MANJIT** | | **04-04-69** |
| ntry of Birth **INDIA** | Relationship **WIFE** | ∧ # **NONE** | Applying with You? ☐ Yes ☒ No |
| ily ne **SINGH** | Given Name **ANMOL** | Middle Initial | Date of Birth (month/day/year) **08-11-98** |
| ntry of Birth **INDIA** | Relationship **SON** | ∧ # **NONE** | Applying with You? ☐ Yes ☒ No |
| ily ne | Given Name **NONE** | Middle Initial | Date of Birth (month/day/year) |
| ntry of Birth | Relationship | ∧ # | Applying with You? ☐ Yes ☐ No |
| ily ne | Given Name | Middle Initial | Date of Birth (month/day/year) |
| ntry of Birth | Relationship | ∧ # | Applying with You? ☐ Yes ☐ No |
| ily ne | Given Name | Middle Initial | Date of Birth (month/day/year) |
| ntry of Birth | Relationship | ∧ # | Applying with You? ☐ Yes ☐ No |

ist your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar oup in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the me(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a parate piece of paper.

*Pregnant*
*Son November*    SHIROMANI AKALI DAL AMRITSAR

## rt 3.   Processing Information. (Continued)

ie answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily
n that you are not entitled to adjust your status or register for permanent residence.)

-lave you ever, in or outside the U. S.:

    a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?    ☑ Yes   ☐ No

    b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding
       traffic violations?     ☐ Yes   ☒ No

    c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?     ☐ Yes   ☒ No

    d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.?     ☐ Yes   ☒ No

-lave you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or
municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?     ☐ Yes   ☒ No

-lave you ever:

    a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such
       activities in the future?     ☐ Yes   ☒ No

    b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?     ☐ Yes   ☒ No

    c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?     ☐ Yes   ☒ No

    d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any
       controlled substance?     ☐ Yes   ☒ No

Have you ever engaged, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or
funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization
that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of
terrorist activity?     ☐ Yes   ☒ No

Do you intend to engage in the U.S. in:

    a. espionage?     ☐ Yes   ☒ No

    b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States,
       by force, violence or other unlawful means?     ☐ Yes   ☒ No

    c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive
       information?     ☐ Yes   ☒ No

-lave you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?     ☐ Yes   ☒ No

)id you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany
r any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or
otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?     ☐ Yes   ☒ No

-lave you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person
because of race, religion, nationality, ethnic origin or political opinion?     ☐ Yes   ☒ No

-ave you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year,
-are you now in exclusion or deportation proceedings?     ☐ Yes   ☒ No

-re you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fradulent
documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other
documentation, entry into the U.S. or any immigration benefit?     ☐ Yes   ☒ No

-ve you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?     ☐ Yes   ☒ No

-ve you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not
t complied with that requirement or obtained a waiver?     ☐ Yes   ☒ No

-e you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child?     ☐ Yes   ☒ No

-you plan to practice polygamy in the U.S.?     ☐ Yes   ☒ No

art 4.  **Signature.**   *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

rtify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the ase of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

:ctive Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the :ctive Service System: I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide ain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS :nsmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my :ctive Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering n the Selective Service by other means, provided I have not yet reached age 26.

| gnature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Harvinder Singh* | HARVINDER SINGH | 04-23-01 | 650-444-8376 |

:1se Note:   *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.*

art 5.   **Signature of Person Preparing Form, If Other Than Above.** *(Sign Below)*

eclare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| gnature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | BSEN | 04-23-01 | 650-685-6334 |

rm Name    LAW OFFICES OFF ASHWANI K. BHAKHRI
d Address   1290 OLD BAYSHORE HWY STE 255,BURLINGAME,CA 94010

# EXHIBIT C

*UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES*
*650 CAPITOL MALL, ROOM 2-220*
*SACRAMENTO, CALIFORNIA 95814*

**ASHWANI K. BHAKHRI**
**1290 OLD BAYSHORE HWY, STE 255**
**BURLINGAME, CA 94010**

FILE NUMBER: *A   77 427 231*
DATE:   *12/13/2006*

RE:  *HARVINDER SINGH*

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:          *650 CAPITOL MALL, ROOM 2-220,*
                          *SACRAMENTO, CA 95814*

DATE AND TIME:            *01/04/2007*
                          *1 : 00 PM*

OFFICER:                  *DESK 4*

REASON FOR APPOINTMENT:   *APPLICATION FOR ADJUSTMENT OF STATUS*

THIS INTERVIEW WILL BE VIDEO TAPED.

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

- ☐ YOU WERE UNLAWFULLY PRESENT FOR 180 OR MORE DAYS IN THE U.S. YOU MUST COMPLETE AND BRING THE ENCLOSED I-601 TO THE INTERVIEW.
- ☐ I-693 MEDICAL WITH THE SUPPLEMENT TO THE I-693. BOTH FORMS COMPLETED BY A FEDERAL DESIGNATED CIVIL SURGEON.
- ☒ YOU MUST BRING CERTIFIED COPIES OF ALL OF YOUR FINAL COURT DISPOSITIONS FOR ANY AND ALL ARRESTS.
- ☐ BRING YOUR SPOUSE: A COPY OF YOUR 2004 INCOME TAX RETURN FOR EACH I-864 APPLICATION, CURRENT W-2'S & (6) CURRENT PAY STATEMENTS.
- ☐ OTHER DOCUMENTS: BANK STATEMENTS, LEASES, INSURANCE, AUTO REG, CHILD(S) BIRTH CERT, DIVORCE DECREES, FAMILY PHOTOS, PHONE RECORDS.
- ☒ PROPER ID, PASSPORT AND ANY IMMIGRATION AND STATE DEPARTMENT DOCUMENTS ISSUED TO YOU, INCLUDING ALL EXPIRED PASSPORTS.
- ☒ FAILURE TO BRING THE REQUESTED DOCUMENTS TO THE INTERVIEW MAY RESULT IN THE DENIAL OF YOUR APPLICATION FOR LACK OF PROSECUTION.

BRING CERTIFIED PHOTOCOPIES OF DOCUMENTS YOU DO NOT WISH TO SURRENDER.
IF YOU DO NOT SPEAK ENGLISH, PLEASE BRING AN ADULT DISINTERESTED THIRD PARTY
INTERPRETER TO THE INTERVIEW. FAILURE TO DO SO MAY CAUSE YOUR INTERVIEW TO BE
RESCHEDULED.
YOU MAY NOT LEAVE THE UNITED STATES WITHOUT ADVANCE PAROLE PERMISSION FROM THE
USCIS WHILE YOUR APPLICATION IS PENDING.

ATTORNEY NOTIFIED: *ASHWANI K. BHAKHRI*                                    LAN

# EXHIBIT D

U.S Citizenship and Immigration Services - Case Status Service Online                Page 1 of 2



Home   Contact Us   Site Map   FAQ

Search                    

Advanced Search

Services & Benefits   Immigration Forms   Laws & Regulations   About USCIS   Education & Resourı   Press Room

 

# U.S. Citizenship and Immigration Services
# Sacramento CA Processing Dates
# Posted July 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case 4:07-cv-03746-CW   Document 5   Filed 08/22/2007   Page 16 of 30

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

### District Office Processing Dates for **Sacramento CA** Posted July 16, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|----------------------------------------------------|
| I-131 | Application for Travel Documents | April 14, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | January 13, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | April 14, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | April 14, 2007 |
| I-765 | Application for Employment Authorization | April 28, 2007 |
| N-400 | Application for Naturalization | December 12, 2006 |
| N-600 | Application for Certification of Citizenship | December 22, 2006 |

 

**07-20-2007 01:39 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

# EXHIBIT E

Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-02-105-53916 | | CASE TYPE   I730<br>REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIVED DATE<br>January 29, 2002 | PRIORITY DATE | PETITIONER   A77 427 231<br>SINGH, HARVINDER |
| NOTICE DATE<br>February 7, 2002 | PAGE<br>1 of 1 | |

ASHWANI K. BHAKHRI
LAW OFFICES OF ASHWANI K BHAKHRI
1290 OLD BAYSHORE HWY STE 255
BURLINGAME CA 94010

**Notice Type:**  Receipt Notice

Fee Waived

The above application or petition has been received. It usually takes 75 to 105 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



Form I-797C (Rev. 09/07/93)N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I730 |
|---|---|---|
| LIN-02-105-53972 | | REFUGEE ASYLEE RELATIVE PETITION |
| RECEIVED DATE January 29, 2002 | PRIORITY DATE | PETITIONER A77 427 231 |
| NOTICE DATE February 7, 2002 | PAGE 1 of 1 | SINGH, HARVINDER |

ASHWANI K. BHAKHRI
LAW OFFICES OF ASHWANI K. BHAKHRI
1290 OLD BAYSHORE HWY STE 255
BURLINGAME CA 94010

**Notice Type:** Receipt Notice

Fee Waived

The above application or petition has been received. It usually takes 75 to 105 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



Form I-797C (Rev. 09/07/93)N

# EXHIBIT F

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Date: NOV 2 2 2005
A 77 427 231

Harvinder Singh
2687 Kalamer St.
Sacramento, CA 95835

In Re: Form I-730, Asylee Relative Petition, on behalf of Manjit Kaur (A 95 397 869), and Anmol Singh (A 95 397 866).

Dear Harvinder Singh:

On January 29, 2002, you filed Form I-730, Asylee Relative Petition, on behalf of Manjit Kaur and Anmol Singh under Section 208 of the Immigration and Naturalization Act (the Act). In your petition, you claimed that Manjit Kaur is your spouse and Anmol Singh is your child.

In order to support your petition, you submitted Affidavits from Hari Singh Bhatti and Parsa Singh stating that you and Manjit Kaur were married on February 15, 1997 in India. No other documents were submitted. Foreign Affairs Manual (FAM) updated on March 15, 2004 for country of India indicates that:

> MARRIAGE CERTIFICATE
> Available. The Hindu and Muslim communities do not usually register marriages, however, marriages by Hindus, Buddhists, Jains or Sikhs may be voluntarily registered under the Hindu Marriage Act of 1955. This Act does not apply to Muslims, Parsis, Jews or Christians, who may register their marriages under the Special Marriage Act of 1954, or the Christian Marriage Act. Marriage certificates for marriages registered under these Acts may be obtained from the offices of Government Registrar of Marriages, which are located in the headquarters of each district. The certificate will be issued by the Registrar only if the bride and groom personally appear before the official and pay the required fee…

> If the marriage has not been officially registered, then two sworn affidavits giving the names, dates and places of birth of the bride and groom, and the date and place of marriage, as well as the names of the parents of both parties are acceptable. The affidavits must be executed by one of the parents of each party, or if the parents are deceased, by the nearest relative of each party who was present at the wedding.

FAM clearly states that if the marriage has not been officially registered, then two sworn affidavits are acceptable. However, there is no document from you stating that your marriage has not been officially registered. Moreover, FAM also states that if affidavits are used, it "must be executed by one of the parents of each party, or if the parents are deceased, by the nearest relative of each party who was present at the wedding." There is no document to show that Hari Singh Bhatti and Parsa Singh who executed the Affidavits are the parents of you or Manjit Kaur; or they are the nearest relative of you or Manjit Kaur. Therefore, there isn't sufficient evidence to establish husband and wife relationship between you and Manjit Kaur.

For your child Anmol Singh, you submitted a birth certificate to show that you are the natural father of Anmol Singh, and Manjit Kaur is the mother. You also submitted Affidavits from Hari Singh Bhatti and Parsa Singh to state that you and Manjit Kaur were married on February 15, 1997. These affidavits are the same you submitted for Manjit Kaur. Therefore, there isn't sufficient evidence to proof that Anmol Singh is your child born in wedlock.

Section 101(b)(1)(D) of the INA defines child as:

> a child born out of wedlock, by, through whom, or on whose behalf a status, privilege, or benefit is sought by virtue of the relationship of the child to its natural mother or to its natural father if the father has or had a bona fide parent-child relationship with the person

You did not submit any document to show that you and Anmol Singh have a bona fide father and child relationship.

In view of the above, you failed to establish the relationship you claimed. Therefore, the Asylee Relative Petitions you filed for Manjit Kaur and Anmol Singh are denied. There is no appeal for this decision.


Sincerely,

David N. Still
District Director

cc: Law office of Ashwani Bhakhri
1290 Old Bayshore Hwy, STE 255
Burlingame, CA 94010

# EXHIBIT G

**LAW OFFICES OF
ASHWANI K BHAKHRI
A PROFESSIONAL CORPORATION**
1290 Bayshore Highway, Ste. 255
Burlingame, CA 94010
Tel: (650) 685-6334
Fax: (650) 685-6351

ASHWANI K. BHAKHRI, ESQ
JOSEPH J. SIGUENZA, ESQ
SAMUEL A. MAVERICK, ESQ
ALEXIS D. MALONE, ESQ
CHUANPIS SANTILUKKA, ESQ. *Admitted in Minnesota
ROBERT J. MENACHE, ESQ
MALAQUIAS "RICHIE" ALVAREZ, J.D., LAW CLERK
DIANE R. BURTON, J.D., LAW CLERK

December 13, 2005


United States Department of Homeland Security
Citizenship & Immigration Service
630 Sansome Street
San Francisco, CA  94111


RE:  Harvinder Singh (Petitioner) 77-427-231
     Manjit Kaur & Anmol Singh (Beneficiary) #A95-397-869
     MOTION TO REOPEN/RECONSIDER

Dear Sir/Madam:

## MOTION TO REOPEN/RECONSIDER/RE-OPEN SUA SPONTE:

The instant Motion to Re-consider/reopen is brought pursuant to 8 C.F.R. Section 3.2 (b)

(2). The jurisdiction is vested with the District Director. The motion to reopen is both on

factual and legal grounds. Motions to reopen have been analogized to motions for relief

from judgment under Fed.R.Civ. Pro. 60(b). Stone v. INS, 115 S.Ct. 1537, 1547 (1995).

The Service denied the applications saying that there is insufficient evidence to establish

the requisite relationship. The Service issued Request for Evidence letter on July 31,

2002. The Service specifically asked to submit a copy of the marriage certificate of Harvinder Singh & Manjit Kaur which has been registered with the proper civil authorities. See the enclosed July 31, 2002 letter issued by Nebraska Service Center. The request for additional evidence was complied with on October 22, 2002. See the enclosed letter and proof verifying that the information was submitted via overnight express. No further request for evidence was ever made. The applicant presented exactly what the Service requested. Had the Service requested secondary evidence in support of Ms. Kaur's application, the request for such application would have been complied with. The Service never requested any additional information for Anmol Singh. Therefore, it was reasonable to assume that the information presented on Anmol Singh is sufficient to warrant a favorable disposition. Subsequently, the applications for both Ms. Kaur and Mr. Singh were transferred to San Francisco CIS Office. Neither the San Francisco Office nor the Nebraska Service Center requested any secondary evidence. The applicant submitted a marriage certificate in response to the Service request for additional evidence. See the enclosed copy of the marriage certificate. In addition to the marriage certificate, two affidavits were submitted to further substantiate the issue of marital relationship. Both the affiants hail from the petitioner's village and allege to have first hand information about the marriage of the petitioner.

The applicant also submitted a copy of Anmol's birth certificate along with two affidavits from the same individuals who submitted affidavits for Manjit Kaur. Once again, both the affiants are from the same village as petitioner, and have first hand information about Anmol's birth date. The Service decision entered on November 22, 2005 is erroneous. The Service position that the applicant has not presented any evidence other than the

affidavits of Hari Singh Bhatti and Parsa Singh verifying the marriage of the applicant and the beneficiary is also incorrect.

The applicant submitted a copy of the beneficiary birth certificate of Anmol that he obtained from the office of the Registrar, Phagwara. The birth certificate literally verifies that a male child was born, the child's birth date, place of birth, date of registration, father's name, mother's name, etc. It is not uncommon in INDIA when the Department of Health Service issues birth certificates without the name of the child and this practice is consistent with the FAM. The Service letter of July 31, 2005 specifically asked the applicant to submit a copy of the marriage certificate from the civil authorities.

The applicant provided a copy of his birth certificate from the Office of the Registrar. The Service rejection of this evidence is improper, arbitrary, irrational and in violation of its own regulations.

## THE APPLICANT'S PETITION IS APPROVABLE BASED UPON THE DOCUMENTS SUBMITTED ALONG WITH THE ORIGINAL APPLICATION:

The applicant submits that the petition for Refugee/Asylee Relative Petition seeking to classify the beneficiary for benefits under section 208 of the INA has been improperly denied as it was approvable with the evidence on the record. The petition for Manjit Kaur was documented with the marriage certificate issued by the beneficiary's birth certificate in addition to two affidavits from disinterested parties having first hand information regarding the marriage. The FAM regulations clearly indicate that a marriage certificate issued by the office of the Registrar is acceptable. This is also the case with Anmol Singh who presented a duly issued birth certificate from the Registrar of Birth and Death, and provided two affidavits verifying the birth of the beneficiary and his parentage. The evidence must be accepted as true and accurate absent any negative evidence otherwise.

The regulations state that a petition shall be considered properly filed if:

1. it is signed by the petitioner;
2. and a fee has been received by the Service office or United States Consular Office having jurisdiction;

The evidence submitted in support of the relationship between the applicant and Manjit

Kaur is evidently clear. The evidence submitted in support of the petition for Anmol

Singh is sufficient to warrant a favorable decision. The required relationships in both

petitions have been established. The evidence must be in the form of primary evidence.

C.F.R. 204.1 (1) (d); C.F.R. 204.1 (1) (f). The documentation does meet the criteria as set

forth in the Foreign Affairs Manual and must be readily acceptable and the documents are

entitled to full evidentiary weight. The Service regulations require the Service to inquire

into the availability of secondary evidence only if the primary evidence is not available.

The documents submitted in support of the applications warrant a favorable adjudication.

It appears from the Service decision of November 22, 2005 that the marriage certificate

submitted on October 22, 2002 was not considered. The Service gave no cogent reason in

rejecting the evidence submitted in Anmol's case. The regulations do not say that two

individuals can not provide affidavits regarding two events. The same affidavits

verify the marriage of the petitioner and the beneficiary as well. The Service decision is

arbitrary, improper and contrary to its own regulations. It is submitted that the petitions

were approvable with the evidence on record. It is respectfully requested that the Service

reconsider its decisions and vacate the order entered on November 22, 2005.

The information submitted was both consistent with regulations and the Foreign Affairs

Manual. It is respectfully submitted that both the petitions be approved and a new

decision be entered accordingly.

Sincerely,

ASHWANI K. BHAKHRI

AKB: ash
Encl.

LAW OFFICES OF
ASHWANI K. BHAKHRI,
A PROFESSIONAL CORPORATION
1290 BAYSHORE HWY., #255
BURLINGAME, CA 94010
650-697-0406

12165

00002969128001

PAY | DATE | 12-20-01
TO THE ORDER OF | C15 Harinder Singh

Three hundred eighty five dollars & 00/100 ------ DOLLARS

DESCRIPTION | Filing Fees
CHECK NO. | 12165

CHECK AMOUNT | $ 385.00

Washington Mutual
Washington Mutual Bank
Telephone Banking 1-800-788-7000

⑈01⁂165⁂ ⁂322271⁂87⁂ 48⁂583⁂26⁂

*(handwritten notes on left side):*
H.B. Cleared on 12/28/05
spoke to Vanessa 5/22/07
MIC/MTR

FOR DEPOSIT ONLY
DIT US TREASURY
LC 70-01-0103
002835344 SFR-PC
$385.00