1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:    jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARVINDER SINGH, | Case No.  C 07-3746 CW |
| Plaintiff, | PROOF OF SERVICE<br>(Fed.R.Civ.P. 4(i)) |
| vs. | |
| ROSEMARY MELVILLE,<br>District Director, United States Citizenship<br>and Immigration Services, | |
| Defendant. | |

I, JONATHAN M. KAUFMAN, do hereby declare:

That I am attorney for plaintiff in the above captioned action.

That on August 22, 2007 copies of the First Amended Complaint For Declaratory Judgment And Injunction in the above captioned action were placed in the United States Mail at San Francisco, California, certified mail, addressed to Rosemary Melville, District Director, United States Citizenship and Immigration Services, 630 Sansome Street, San Francisco, CA 94111, Office of General Counsel, U.S. Department of Homeland Security, Washington, DC. 20528, and Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on August 22, 2007 at San Francisco, California.

                                                                                                 JONATHAN M. KAUFMAN