SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARVINDER SINGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSEMARY MELVILLE, District Director, ) <br> United States Citizenship and Immigration ) <br> Services; ) <br> ) <br> Defendant. ) <br> ) | No. C 07-3746 CW <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendant by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485) and his Refugee/Asylee Relative (Form I-730) petitions.

    Each of the parties shall bear their own costs and fees.

///

///

///

///

///

Stipulation to Dismiss
C07-3746 CW                        1

| | | |
|---|---|---|
| 1 | Date: September 17, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

Date: September 18, 2007

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

CLAUDIA WILKEN
United States District Judge

Stipulation to Dismiss
C07-3746 CW                                    2