1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                          UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                                OAKLAND DIVISION

12 HARVINDER SINGH,                        )
                                           )   No. C 07-3746 CW
13                Plaintiff,               )
                                           )
14         v.                              )   **STIPULATION TO DISMISS AND**
                                           )   **ORDER**
15 ROSEMARY MELVILLE, District Director,   )
   United States Citizenship and Immigration )
16 Services;                               )
                                           )
17                Defendant.               )
                                           )

18

19     Plaintiff, by and through his attorney of record, and Defendant by and through her attorney of

20 record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the

21 adjudication of Plaintiff's adjustment of status application (Form I-485) and his Refugee/Asylee

22 Relative (Form I-730) petitions.

23     Each of the parties shall bear their own costs and fees.

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Dismiss
C07-3746 CW                                    1

1 | Date: September 17, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

Date: September 18, 2007

_____/s/_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/20/07

*[signature]*
CLAUDIA WILKEN
United States District Judge

Stipulation to Dismiss
C07-3746 CW                2